<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7713**

———————

ALEXANDER CAMERON,

                              Petitioner - Appellant,

        versus

DAVID A. GARRAGHTY,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-01-1192-AM)

———————

Submitted:  February 28, 2003        Decided:  March 12, 2003

———————

Before WIDENER, MOTZ, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Alexander Cameron, Appellant Pro Se.  Thomas Drummond Bagwell,
Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alexander Cameron seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Cameron has not made a substantial showing of the denial of a constitutional right. See Cameron v. Garraghty, No. CA-01-1192-AM (E.D. Va., filed Oct. 9, 2002; entered Oct. 10, 2002). Accordingly, although we grant leave to proceed in forma pauperis, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED